UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARRUSS L. RICHARDSON,

                Plaintiff,           12 Cv. 8451 (JGK)

    - against -               ORDER

TYSON PRATCHER AND RAUDLIEN ETIENNE,

                Defendants.

JOHN G. KOELTL, District Judge:

    As stated on the record of the final pretrial conference, the Court decided the parties' motions *in limine*. Accordingly, the Clerk is directed to close **Docket Numbers 98, 100, 102, 104, 106, 111, 113, 115, 117, and 119.**

    The Clerk should also close **Docket Number 131.**

SO ORDERED.

Dated:    New York, New York
           April 14, 2015

                                      John G. Koeltl
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED 4/15/15