UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
TARRUS L. RICHARDSON,                      :
                                           :
                Plaintiff,         :       Index No. 12-cv-08451-JGK
                                           :
    - against -                           :
                                           :
TYSON PRATCHER and RAUDLINE                :
ETIENNE,                                   :
                                           :
                Defendants.        :
------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the undersigned will move this Court, before the Honorable John G. Koeltl, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 12B, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order pursuant to Federal Rules of Civil Procedure 50 and 59 granting Defendants Tyson Pratcher and Raudline Etienne's renewed motion for judgment as a matter of law, or, in the alternative, to clarify the amount of the judgment and for a new trial, and granting such other and further relief as this Court deems appropriate.

Defendants' renewed motion shall be based upon Defendants' Memorandum of Law in Support of Defendants' Renewed Motion for Judgment as a Matter of Law, or, In The Alternative, To Clarify The Amount of The Judgment and For a New Trial; upon all prior papers and proceedings heretofore had in this case; and upon the Declaration of Ira M. Feinberg, dated June 5, 2015, and accompanying exhibits.

Oral argument, if any, will be on a date and at a time to be designated by the Court.

1

Dated: June 5, 2015                                        Respectfully submitted,

                                                           /s/ Ira M. Feinberg
                                                           Ira M. Feinberg
                                                           Theresa M. House
                                                           HOGAN LOVELLS LLP
                                                           875 Third Avenue
                                                           New York, New York 10022
                                                           (212) 918-3000
                                                           ira.feinberg@hoganlovells.com

                                                           *Attorneys for Defendants Tyson Pratcher and Raudline Etienne*

TO:     John Siegal, Esq.
        Samir Ranade, Esq.
        Baker Hostetler
        45 Rockefeller Plaza
        New York, NY 10111
        (212) 969-3342
        jsiegal@bakerlaw.com

        Richard Brodsky, Esq.
        2121 Saw Mill River Road
        White Plains, NY 10607
        richardbrodsky@msn.com

        Stuart Kahan, Esq.
        Oxman Tulis Kirkpatrick Whyatt & Geiger LLP
        120 Bloomingdale Road
        White Plains, NY 10605
        (914) 422-3900
        skahan@oxmanlaw.com

        *Counsel for Plaintiff Tarrus Richardson*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CERTIFICATE OF SERVICE**

I, Patrick J. Dempsey, hereby certify that on June 5, 2015, I electronically filed the Notice of Motion, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following individuals:

> John Siegal, Esq.
> Samir Ranade, Esq.
> Baker Hostetler
> 45 Rockefeller Plaza
> New York, NY 10111
> (212) 969-3342
> jsiegal@bakerlaw.com
>
> Richard Brodsky, Esq.
> 2121 Saw Mill River Road
> White Plains, NY 10607
> richardbrodsky@msn.com
>
> Stuart Kahan, Esq.
> Oxman Tulis Kirkpatrick Whyatt & Geiger LLP
> 120 Bloomingdale Road
> White Plains, NY 10605
> (914) 422-3900
> skahan@oxmanlaw.com
>
> *Counsel for Plaintiff*

Dated:    June 5, 2015
          New York, New York

/s/ Patrick J. Dempsey
Patrick J. Dempsey
